No. 355. TRINITYFARM CONSTRUCTION CO. *v.* GROS-JEAN. April 30, 1934. Petition for rehearing denied. See 291 U.S. 466.

No. 796. ILLINOIS BANKERS LIFE ASSN. ET AL. *v.* TALLEY, ADMINISTRATOR. April 30, 1934. Petition for rehearing denied. See 291 U.S. 685.

No. 797. BENSON *v.* SULLIVAN, RECEIVER. April 30, 1934. Petition for rehearing denied. See 291 U.S. 684.

No. 804. BETTS *v.* RAILROAD COMMISSION OF CALIFORNIA. April 30, 1934. Petition for rehearing denied. See 291 U.S. 652.

No. 814. NEW YORK EX REL. SACKETT *v.* LYNCH ET AL. April 30, 1934. Petition for rehearing denied. See 291 U.S. 652.

No. 857. RALPH SOLLITT & SONS CONSTRUCTION CO. *v.* VIRGINIA. April 30, 1934. Petition for rehearing denied. See *ante,* p. 599.

No. 863. KNASS ET AL. *v.* MADISON & KEDZIE STATE BANK ET AL. April 30, 1934. Petition for rehearing denied. See *ante,* p. 599.

No. 627. UTLEY ET AL. *v.* ST. PETERSBURG. April 30, 1934. Petition for rehearing denied. See *ante,* p. 106.

No. 772. CREGIER *v.* COE, COMMISSIONER OF PATENTS. April 30, 1934. Petition for rehearing denied. See 291 U.S. 683.

No. 845. WILLIS *v.* FIRST REAL ESTATE & INVESTMENT CO. ET AL. April 30, 1934. Petition for rehearing denied. See *post,* p. 626.